## Richard Donini, Appellant, v. Felice Donini, Appellee.

### Term No. 47F4.

opinion filed May 1, 1947; rehearing denied May 26, 1947; released for publication June 2, 1947.   Harold J. Bandy, for appellant; Ben Boxerman, for appellee; I. H. Streeper III and Ralph T. Smith, of counsel.   Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.